FILED
SCRANTON
APR 30 2018
PER
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DILLAN C. FAHS, :
:
Plaintiff : CIVIL ACTION NO. 3:18-0079
:
v :
: (JUDGE MANNION)
SGT. GERALD SWIFT, *et al.*, :
:
Defendants

## ORDER

Upon consideration of Plaintiff's April 26, 2018 motion for enlargement of time within which to file an amended complaint, (Doc. 18), filed within twenty-one days of the filing of Defendants' motion to dismiss the above captioned action (Doc. 14), and it appearing that Plaintiff may amend his complaint as a matter of course pursuant to FED. R. CIV. P. 15(a)(1)(B)[1], **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for enlargement of time to file an amended complaint (Doc. 18) is **GRANTED**.

2. The Clerk of Court is directed to supply Plaintiff with a copy of this Court's form order for filing an action pursuant to 42 U.S.C. §1983.

3. The Plaintiff shall file, on or before, June 26, 2018, an amended complaint.

---

[1] FED. R. CIV. P. 15(a)(1)(B) provides that a party may amend its pleading once as a matter of course within twenty-one days after service of a motion under Rule 12(b).

4. The amended complaint shall be complete, in and of itself, without reference to any prior filings.

5. The Plaintiff's amended complaint shall include any and all Defendants whom the Plaintiff wishes to name in this action.

6. The Plaintiff's amended complaint must specifically state which constitutional right he alleges the Defendant(s) have violated.

7. In accordance with Fed.R.Civ.P. 8(a), the Plaintiff's amended complaint shall set forth a short and plain statement of the grounds upon which the court's jurisdiction depends.

8. In accordance with Fed.R.Civ.P. 10(b), the Plaintiff's amended complaint shall be divided into separate numbered paragraphs, the contents of each of which shall be limited, as far as practicable, to a statement of a single set of circumstances.

9. In accordance with Fed.R.Civ.P. 8(d), each averment of the Plaintiff's complaint shall be simple, concise and direct.

10. The Plaintiff's amended compliant shall contain a short and plain statement of the claim for relief and a demand for a specific judgment.

11. Should the Plaintiff fail to file his amended complaint within the required time period, or fail to follow the above mentioned procedures, this action will be dismissed with prejudice.

12. Defendants' motion to dismiss (Doc. 14) is **DISMISSED**

as moot.

/s/ Malachy E. Mannion
MALACHY E. MANNION
United States District Judge

Dated: April 30, 2018
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2018 ORDERS\18-0079-02.wpd

3