UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DILLAN C. FAHS.** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-0079 |
| v. | : | (JUDGE MANNION) |
| **SGT. GERALD SWIFT,** | : | |
| Defendant | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).


*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: March 13, 2020
18-0079-01-ORDER